FILED

1  Craig L. Chisvin, Esq., California State Bar No. 191825
   fclawyers@hotmail.com
2  A Member of Fattorosi & Chisvin           2008 MAY 30  AM 10: 19
   6300 Canoga Avenue, Suite 550
3  Woodland Hills, California 91367           CLERK U.S. DISTRICT COURT
   (818) 881-8500, Fax: (818) 881-9008        CENTRAL DIST. OF CALIF.
4                                                   LOS ANGELES

   Attorneys for Plaintiffs                   BY _____
5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 TANYA FAULKNER, an individual, and VBX )  CASE NO. CV08 - 03546 ODW
   PRODUCTIONS, INC., a Nevada Corporation, )                    (RCx
12                                          )  COMPLAINT FOR INJUNCTION
              Plaintiffs,                   )  AND DAMAGES FOR:
13                                          )
   vs.                                      )  (1) COPYRIGHT INFRINGEMENT;
14                                          )  (2) FEDERAL UNFAIR
   CLIFTON BRITT, JR., an individual, MERCENARY )  COMPETITION (Lanham Act);
15 PICTURES, INC., a Suspended California    )  (3) COMMON LAW UNFAIR
   Corporation, HVL CYBERWEB SOLUTIONS, INC., )  COMPETITION;
16 a Canadian Corporation, and DOES 1 through 10, )  (4) VIOLATION OF B&P CODE
   inclusive,                               )  §§ 17200, et seq.;
17                                          )  (5) BREACH OF VERBAL
              Defendants.                   )  CONTRACT;
18 _____ )  (6) DECLARATORY RELIEF;
                                               (7) UNJUST ENRICHMENT;
19                                             (8) BREACH OF THE IMPLIED
                                               COVENANT OF GOOD FAITH AND
20                                             FAIR DEALING;
                                               (9) BREACH OF FIDUCIARY
21                                             DUTY;
                                               (10) NEGLIGENCE;
22                                             (11) FRAUD;
                                               (12) CONSTRUCTIVE FRAUD;
23                                             (13) NEGLIGENT
                                               MISREPRESENTATION; and
24                                             (14) CONSTRUCTIVE TRUST
25                                             DEMAND FOR JURY TRIAL
26

27 ///

28 ///

1

COMPLAINT FOR INJUNCTION AND DAMAGES

1    COME NOW Plaintiffs, TANYA FAULKNER, an individual, and VBX PRODUCTIONS,

2  INC., a Nevada Corporation (collectively "Plaintiffs") for their Complaint against Defendants,

3  CLIFTON BRITT, JR., an individual, MERCENARY PICTURES, INC., a Suspended California

4  Corporation, HVL CYBERWEB SOLUTIONS, INC., a Canadian Corporation, and DOES 1

5  through 10, inclusive (collectively "Defendants"), allege as follows:

6                          **JURISDICTION AND VENUE**

7    1.    This is an action involving claims of copyright infringement under the Copyright

8  Act, 17 U.S.C. §§ 101, et seq., unfair competition under the Lanham Act, and claims for unfair

9  competition and breach of contract under the statutory and common law of the State of

10  California.  The Court has jurisdiction over Plaintiffs' federal claims pursuant to 17 U.S.C. §§

11  101, et seq., 15 U.S.C. § 1121, and 28 U.S.C §§ 1331 and 1338(a).  This Court has

12  jurisdiction over Plaintiffs' related claims based on state law pursuant to 28 U.S.C. §§ 1338(b)

13  and 1367.

14    2.    This Court has personal jurisdiction over Defendant HVL CYBERWEB

15  SOLUTIONS, INC. based on its significant contacts in the Central District of California and

16  elsewhere in the United States arising from, among other things, its operation of web sites

17  offering the sale of adult content motion pictures from anywhere in the United States, its

18  infringement in the Central District of California of copyright and trademark rights protected

19  by United States and California law, its contracts entered into between Defendants BRITT and

20  MERCENARY in the state of California, and its other continuous and systemic contacts within

21  the Central District of California.

22    3.    Venue in this judicial district is proper under 28 U.S.C. §1391(b) and/or 28

23  U.S.C. §1400(a).

24  ///

25  ///

26  ///

27

28

COMPLAINT FOR INJUNCTION AND DAMAGES

## THE PARTIES

4.   Plaintiff TANYA FAULKNER (hereinafter referred to as "FAULKNER"), also professionally known as "Domina X" and/or "Vanessa Blue," is an individual and a citizen of California residing within the County of Los Angeles, California.  Plaintiff was and is in the business of producing adult content motion pictures as, inter alia, a writer, director, cinematographer, editor, set designer, casting director, production designer, art director, costume and wardrobe designer, and composer.

5.   Plaintiff VBX PRODUCTIONS, INC. (hereinafter referred to as "VBX") is a corporation organized and existing under the laws of the State of Nevada, with its principal place of business within the County of Los Angeles, California.  VBX was and is in the business of creating and producing adult content motion pictures.

6.   Plaintiffs are informed and believe, and thereon allege, that Defendant CLIFTON BRITT, JR. (hereinafter referred to as "BRITT") is an individual, and at all relevant times was, a citizen of California  residing within the County of Los Angeles, California.

7.   Defendant MERCENARY PICTURES, INC. (hereinafter referred to as "MERCENARY") is a suspended corporation organized and existing under the laws of the State of California, with its principal place of business within the County of Los Angeles, California.  MERCENARY was and is in the business of manufacturing, distributing, and selling adult content motion pictures.

8.   Plaintiffs are informed and believe, and thereon allege, that Defendant HVL CYBERWEB SOLUTIONS, INC. (hereinafter referred to as "HVL") is a Canadian Corporation that does business throughout the United States and in California.  HVL has numerous and regular contacts in California, advertises its products in California through its internet web site, has sold and licensed its products and services in California, has entered into business contracts in California availing itself of California law, and has agents doing business in California.  This action arises, in part, from HVL's contacts with California.

9.   The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10 inclusive, are unknown to Plaintiffs, who

3

---

**COMPLAINT FOR INJUNCTION AND DAMAGES**

therefore sue said defendants by such fictitious names. Plaintiffs will amend this Complaint to include their proper names and capacities when they have been ascertained. Plaintiffs are informed and believe, and based thereon allege, that each of the fictitiously named defendants participated in and are in some manner responsible for the acts described in this Complaint and damage resulting therefrom.

10. Plaintiffs allege on information and belief that each of the defendants named herein as DOES 1 through 10 inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged hereinbelow, and are liable to Plaintiffs for the damages and relief sought herein.

11. Plaintiffs allege on information and belief that, in performing the acts and omissions alleged herein, and at all times relevant hereto, each of the Defendants was the agent and employee of each of the other Defendants and was at all times acting within the course and scope of such agency and employment with the knowledge and approval of each of the other Defendants.

## ALTER EGO ALLEGATIONS

12. Plaintiffs are informed and believe, and based thereon allege, that there exists, and that all times herein mentioned there existed, a unity of interest and ownership between BRITT and MERCENARY, such that any individuality and separateness between BRITT and MERCENARY has ceased and BRITT is the alter ego of MERCENARY.

13. Plaintiffs are informed and believe, and based thereon allege, that MERCENARY is, and at all times material herein was a mere shell, instrumentality and conduit through which BRITT carried out his business interest in a corporate name, exercising complete control and dominance of said business to such an extent that any individuality or separateness of MERCENARY does not, and at all times material herein did not exist.

14. Adherence to the fiction of the separate existence of MERCENARY as an entity distinct from BRITT would perpetrate the fraud upon the Plaintiffs, would promote injustice, would constitute an abuse of the corporate privilege and would produce an inequitable result in that BRITT committed the wrongful acts alleged herein as an alter ego of MERCENARY.

COMPLAINT FOR INJUNCTION AND DAMAGES

## FACTUAL ALLEGATIONS

15.   In or about 2003, Plaintiffs entered into an oral license (hereinafter referred to as the "License") with Defendants BRITT and MERCENARY in which FAULKNER would create and BRITT and MERCENARY would manufacture, distribute and sell adult content motion pictures throughout the world in various formats including DVD, video cassette, television broadcast, pay per view, video on demand, and hotel and motel transmission. Distribution and sale via broadcast over the internet by way of the World Wide Web was explicitly excluded from said oral license.   In consideration of these rights, BRITT and MERCENARY agreed to pay to Plaintiffs seventy five percent (75%) of the net revenues generated by the exploitation of the works.   Further, BRITT and MERCENARY agreed to credit Plaintiff VBX as the producer on the motion pictures.   Defendant BRITT induced Plaintiff FAULKNER to move her residence from Las Vegas, Nevada to Los Angeles, California to create the motion pictures for distribution under the License.

16.   From or about 2003 through 2006, Plaintiffs delivered to BRITT and MERCENARY ten (10) adult content motion pictures for distribution under the License.   Said motion pictures are entitled "Black Reign, Volume II," "Black Reign, Volume III, " "Black Reign, Volume IV," "Superwhores, Volume III," "Superwhores, Volume VI," "Ebony XXX, Volume I," "Ebony XXX, Volume II,""Ebony XXX, Volume III,"   "Climaxxx TV, Volume I," and "Climaxxx TV, Volume II" (collectively the "Motion Pictures").   FAULKNER is the owner of the  registered copyrights for the Motion Pictures.   True and correct copies of the Certificates of Registration for each registered motion picture are attached hereto as Exhibits "A" through "J."

17.   FAULKNER further created the "Ebony XXX" and "Climaxxx TV" motion picture titles.

18.   From or about June 2004 to June 2006, BRITT and MERCENARY paid Plaintiffs pursuant to the License.   However, beginning in or about June 2006, BRITT and MERCENARY stopped paying Plaintiffs the net revenues due under the License. BRITT and MERCENARY presently continues to manufacture, distribute and sell the Motion Pictures
///

5

1  without paying Plaintiffs pursuant to the License.  BRITT and MERCENARY further continue

2  to create motion pictures with the titles "Ebony XXX" and "Climaxxx TV."

3       19.    In or about late 2005, Plaintiffs discovered that Defendants were publicly

4  performing, publicly displaying, distributing and selling the Motion Pictures over the internet

5  by way of the World Wide Web at www.lexsteele.com in violation of the License (the

6  "Website").  The Website is a membership site that charges members for access to content

7  which includes the Motion Pictures.

8       20.    Further, Plaintiffs are informed and believe that Defendant HVL made

9  unauthorized copies of and derivative works of the Motion Pictures in order to create digital

10  images and photographs ("Screen Captures") of the Motion Pictures, which were publicly

11  displayed and distributed over the Website.

12       21.    Plaintiffs are informed and believe that Defendants share in the revenue

13  generated by the Website.  Plaintiffs are informed and believe that the Website is owned by

14  Defendants BRITT and MERCENARY, and operated by Defendant HVL.  Plaintiffs are

15  informed and believe that Defendants BRITT and MERCENARY delivered the Motion Pictures

16  to Defendant HVL which then posted them on the Website.

17       22.    Plaintiffs are informed and believe that Defendants are currently receiving a

18  direct financial benefit directly attributable to the exploitation of the Motion Pictures on the

19  Website.  Plaintiffs are informed and believe that Defendants have the right and ability to

20  control the content on the Website.

21       23.    At no time have Plaintiffs authorized Defendants to publicly perform, publicly

22  display, distribute or sell the Motion Pictures over the internet.  Defendants have not credited

23  Plaintiff VBX as the producer of the Motion Pictures sold over the internet.  Plaintiffs' content,

24  as well as the unauthorized Screen Captures, are further featured on the "tour" portion of the

25  Website; this is outside of the member's area and acts as a draw for potential and current

26  customers.

27  ///

28  ///

COMPLAINT FOR INJUNCTION AND DAMAGES

24.     In or about 2006, Plaintiffs discovered that Defendant BRITT had also filed for, and received certificates of registration, for "Black Reign, Volume II," "Black Reign, Volume III, " "Black Reign, Volume IV," "Superwhores, Volume III," "Ebony XXX, Volume I," "Ebony XXX, Volume II,"  "Ebony XXX, Volume III," "Climaxxx TV, Volume I,"and "Climaxxx TV, Volume II."

25.     Defendants have and continue to violate Plaintiffs' copyrights in and to the Motion Pictures by, inter alia, publicly performing, publicly displaying, distributing and selling the Motion Pictures on the internet via the Website without Plaintiffs' consent or written authorization.  BRITT and MERCENARY further continue to create motion pictures with the titles "Ebony XXX" and "Climaxxx TV."

26.     Defendants have not adopted or reasonably implemented any policy invoking the protections of the Digital Millennium Copyright Act on the Website.  In addition, Plaintiffs are informed and believe that HVL owns and operates the website www.braincash.com. which also has not adopted or reasonably implemented any policy invoking the protections of the Digital Millennium Copyright Act.

27.     Defendants have failed to respond to Plaintiffs' demands to cease the public performance, public display, distribution and selling of the Motion Pictures via the internet. Defendants BRITT and MERCENARY have further failed to respond to Plaintiffs' demands to pay Plaintiffs' share of the outstanding net revenues due pursuant to the License.

28.     Plaintiffs are informed and believe and based thereon allege that unless immediately enjoined by this Court, Defendants intend to continue their course of conduct, to wrongfully perform, display, distribute and sell the Motion Pictures via the internet.  As a direct and proximate result of the acts of Defendants above, Plaintiffs have suffered irreparable damage and have sustained lost profits and other damages.  Plaintiffs have no adequate remedy at law to redress all of the injuries Defendants have caused and intend to cause by their conduct.  Plaintiffs will continue to suffer irreparable harm and to sustain lost profits and other damages until Defendants' actions are enjoined by this Court.

///

COMPLAINT FOR INJUNCTION AND DAMAGES

**FIRST CAUSE OF ACTION**

**(Copyright Infringement - 17 U.S.C. § 101 et. seq. – Against All Defendants)**

29.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 28, inclusive, and incorporate them herein by this reference.

30.     The Motion Pictures embody an enormous amount of original and creative authorship by FAULKNER.  FAULKNER, through VBX, was solely responsible for the directing and cinematography for the motion pictures entitled "Black Reign, Volume II," "Black Reign, Volume III, " "Black Reign, Volume IV" and "Superwhores, Volume III."  Further, FAULKNER, through VBX, was solely responsible for the directing, editing, and cinematography for the motion pictures entitled  "Ebony XXX, Volume II," "Superwhores, Volume VI," "Climaxxx TV, Volume I," "Ebony XXX, Volume III," and "Climaxxx TV, Volume II."  The Motion Pictures contain a substantial amount of wholly original expression and are copyrightable subject matter under the laws of the United States.

31.     On or about August 30, 2006, FAULKNER registered copyrights for the motion pictures entitled "Black Reign, Volume II," "Black Reign, Volume III," "Superwhores, Volume III," "Superwhores, Voume VI," "Ebony XXX, Volume III" and "Climaxxx TV, Volume II in the United States Copyright office.

32.     On or about August 31, 2006, FAULKNER registered copyrights for the motion pictures entitled "Black Reign, Volume IV," and "Ebony XXX, Volume II" in the United States Copyright office.

33.     On or about May 7, 2007, FAULKNER registered a copyright for the motion picture entitled "Ebony XXX, Volume I" in the United States Copyright office.

34.     On or about May 15, 2007, FAULKNER registered a copyright for the motion picture entitled "Climaxxx TV, Volume I" in the United States Copyright office.

35.     FAULKNER currently is, and at all times relevant hereto, has been the sole proprietor of all right, title, and interest to the Motion Pictures.

36.     By means of the actions complained of herein, Defendants have infringed and will continue to infringe FAULKNER's exclusive rights in and to the Motion Pictures.

**COMPLAINT FOR INJUNCTION AND DAMAGES**

37.   Defendants, and each of them, have knowingly and willfully publicly performed, publicly displayed, distributed and sold the Motion Pictures via the internet, and are otherwise infringing upon FAULKNER's exclusive rights in the Motion Pictures for the specific purpose of infringing FAULKNER's rights in and to the copyrights in the Motion Pictures for Defendants' own benefit and pecuniary interest and to the detriment of FAULKNER.  By displaying, performing, distributing and selling the Motion Pictures to the public via the internet, Defendants have infringed FAULKNER's exclusive rights in and to the copyrights in the Motion Pictures.

38.   Further, Defendant HVL has created unauthorized copies and derivative works of the Motion Pictures, which were publicly displayed and distributed via the Website in violation of Plaintiffs' copyrights for the specific purpose of infringing FAULKNER's rights in and to the copyrights in the Motion Pictures for Defendant HVL's own benefit and pecuniary interest and to the detriment of FAULKNER.  By doing so, Defendant HVL has further infringed FAULKNER's exclusive rights in and to the copyrights in the Motion Pictures.

39.   Defendants have not adopted or reasonably implemented any policy invoking the protections of the Digital Millennium Copyright Act on the Website.

40.   Pursuant to 17 U.S.C. § 502(a), FAULKNER is entitled to temporary, preliminary and permanent injunctions on such terms as the Court may deem reasonable to prevent or restrain infringement of FAULKNER's exclusive rights in and to the copyrights in the Motion Pictures.

41.   Pursuant to 17 U.S.C. § 504, FAULKNER also seeks to recover actual damages suffered by FAULKNER as the result of Defendants' infringement and any and all profits of Defendants that are attributable to the infringement and are not taken into account in computing actual damages.  Alternatively, FAULKNER may elect at any time before final judgment to recover instead of actual damages and profits an award of statutory damages for all infringements involved in the action for which Defendants are individually liable or are jointly and severally liable in the sum of not less than $750 nor more than $30,000 per infringement as the Court considers just.

9

42.     FAULKNER further alleges that the infringements were committed willfully by Defendants and requests the Court to increase the statutory damages to a sum of not more than $150,000 per infringement.

43.     Pursuant to 17 U.S.C. § 505, FAULKNER further seeks to recover her costs and reasonable attorneys' fees. As a result of Defendants' actions, FAULKNER has been required to and has retained the services of the law firm Law Offices of Fattorosi & Chisvin, and has and will incur attorneys' fees and court costs herein.

## SECOND CAUSE OF ACTION

### (Federal Unfair Competition – Against All Defendants)

44.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 43, inclusive, and incorporate them herein by this reference.

45.     Defendants' conduct as alleged hereinabove constitute a willful and exceptional violation of Section 43 of the Lanham Act, 15 U.S.C. §§ 1125(a) and (c) in that Defendants' distribution and sale of the Motion Pictures, as well as the public display of the Screen Captures, via the internet is likely to confuse, or cause to mistake, or to deceive as to the affiliation, connection or association of Plaintiffs services with Defendants services for the sale of adult content pictures via the internet, or as to the origin, sponsorship, or approval of the Motion Pictures, and the continued sale of the Motion Pictures over the internet has caused and will continue to cause dilution of the distinctive quality of the Plaintiffs' market and likeness.

46.     Defendants' violation of the Lanham Act entitle Plaintiffs to recover:

i)     Defendants' gains, revenues, benefits, and profits, wherein Plaintiffs shall be required to prove Defendants' sales only;

ii) Actual damages sustained by Plaintiffs; and

iii) The costs of the action herein, pursuant to 15 U.S.C. § 1117(a).

///

///

///

10

---

COMPLAINT FOR INJUNCTION AND DAMAGES

47.     Defendants' actions in misappropriating the Motion Pictures for sale of the internet without any claim of consent or license constitutes an exceptional case in which the Court may award reasonable attorneys' fees incurred herein to Plaintiffs, pursuant to 15 U.S.C. § 1117(a).

### THIRD CAUSE OF ACTION

### (Common Law Unfair Competition - Against All Defendants)

48.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 47, inclusive, and incorporate them herein by this reference.

49.     The foregoing acts and conduct of Defendants constitute unfair trade practices and unfair competition under California common law.

50.     Defendants' acts have all caused damage to Plaintiffs, including incidental and general damages, lost profits, and out-of-pocket expenses.

51.     Plaintiffs are informed and believe, and thereon allege, that Defendants' conduct was done with a conscious disregard of the rights of Plaintiffs and with the intent to vex, injure, or annoy such as to constitute oppression, fraud, or malice under California Civil Code § 3294, entitling Plaintiffs to punitive damages in an appropriate amount to punish or set an example of Defendants.

52.     As a proximate result of Defendants' unfair competition, Plaintiffs suffered and will suffer immediate and irreparable injury not compensable by money damages, such that a temporary restraining order and preliminary injunction should both issue against Defendants. Plaintiffs are informed and believe, and thereon allege, that unless restrained by this Court, Defendants will continue the acts herein complained of.

53.     Plaintiffs cannot adequately be compensated for their injuries through monetary damages. Furthermore, Defendants' ongoing acts would force Plaintiffs to bring repetitive and duplicative litigation.  Plaintiffs are entitled to permanent injunctive relief from Defendants' unfair competition, pursuant to California Civil Code § 3422.

///

///

COMPLAINT FOR INJUNCTION AND DAMAGES

# FOURTH CAUSE OF ACTION

## (Violation of California Business and Professions

## Code §§ 17200 et seq. - Against All Defendants)

54.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 53, inclusive, and incorporate them herein by this reference.

55.     The foregoing acts and conduct of Defendants constitute unfair trade practices and unfair competition under California Business and Professions Code § 17200 et seq., and have no valid or legitimate purpose except to benefit the Defendants at the expense of Plaintiffs.

56.     Defendants acts have all caused to Plaintiffs, including incidental and general damages, lost profits, and out-of-pocket expenses.

57.     Defendants should therefore be required to disgorge and restore to Plaintiffs all profits and other expenses as may be incurred by Plaintiffs.

58.     Plaintiffs further seek an injunction to enjoin Defendants from continuing said unfair business practices.

# FIFTH CAUSE OF ACTION

## (Breach of Verbal Contract - Against BRITT and MERCENARY)

59.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 58, inclusive, and incorporate them herein by this reference.

60.     Plaintiffs have at all times duly performed each and every condition of the License which was a verbal contract entered into with BRITT and MERCENARY.

61.     Pursuant to the License, BRITT and MERCENARY began reproducing, distributing and selling "Black Reign, Volume II" on or about April 29, 2004, "Black Reign, Volume III" on or about July 29, 2004, "Black Reign, Volume IV" on or about October 5, 2004, "Superwhores, Volume III" on or about November 8, 2004, "Ebony XXX, Volume I" on or about October 6, 2005, "Ebony XXX, Volume II" on or about November 20, 2005, "Superwhores, Volume VI" on or about January 19, 2006, "Climaxxx TV, Volume I" on or about

///

12

1  March 21, 2006, "Ebony XXX, Volume III" on or about May 10, 2006  and "Climaxxx TV,

2  Volume II." on or about July 28, 2006.

3      62.  BRITT and MERCENARY have made at least one payment to Plaintiffs under

4  the License.  BRITT and MERCENARY materially breached the agreement in or about June

5  2006, when they stopped paying Plaintiffs money due pursuant to the License.

6      63.  BRITT and MERCENARY, and each of them, have failed and refused, and

7  continue to refuse, to tender their performance as required by the License.  This includes that

8  BRITT and MERCENARY breached the contract beginning on our about June 2006.

9      64.  BRITT and MERCENARY's failure and refusal to perform its obligations under

10  the License has directly damaged Plaintiffs through the loss of revenues in an amount to be

11  shown according to proof.

12      65.  As a direct and proximate result of BRITT and MERCENARY's breach, and each

13  of them, Plaintiffs have been compelled to incur expenses as well as other special damages,

14  all to the damage of Plaintiffs, in an amount to be shown according to proof.

15  <strong>SIXTH CAUSE OF ACTION</strong>

16  <strong>(Declaratory Relief - Against Defendant BRITT)</strong>

17      66.  Plaintiffs reallege each and every allegation set forth in paragraphs 1 through

18  65, inclusive, and incorporate them herein by this reference.

19      67.  The Motion Pictures embody an enormous amount of original and creative

20  authorship by FAULKNER.  At no time did BRITT contribute any copyrightable expression to

21  the Motion Pictures.  At no point was FAULKNER an employee of BRITT or MERCENARY,

22  and at no point did FAULKNER sign a work for hire agreement with BRITT or MERCENARY.

23      68.  Both Plaintiff FAULKNER and Defendant BRITT have obtained registered

24  copyrights for the motion pictures "Black Reign, Volume II," "Black Reign, Volume III, " "Black

25  Reign, Volume IV," "Superwhores, Volume III," "Ebony XXX, Volume I," "Ebony XXX, Volume

26  II,""Ebony XXX, Volume III," "Climaxxx TV, Volume I," and "Climaxxx TV, Volume II."

27  FAULKNER denies and contests BRITT's ownership in these motion Pictures and contends

28  that FAULKNER is the 100% owner thereof.

13

COMPLAINT FOR INJUNCTION AND DAMAGES

69.     FAULKNER brings this action for a judgment declaring FAULKNER is the sole owner of the copyrights in and to said the motion pictures, and that BRITT is not the owner, co-owner, or joint author of said motion pictures in the United States and that BRITT is barred from so contending.

70.     There is an actual and substantial controversy between FAULKNER and BRITT arising under federal copyright law, 17 U.S.C. §§ 101 et seq.

### SEVENTH CAUSE OF ACTION

### (Unjust Enrichment - Against All Defendants)

71.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 70, inclusive, and incorporate them herein by this reference.

72.     Defendants would unjustly benefit, and Plaintiffs would unjustly suffer loss, if Defendants were allowed to retain all funds generated from their sale of the Motion Pictures via the internet.   Defendants' retention of such funds and benefits provided by the misappropriation of the Motion Pictures violates principles of justice, equity, and good conscience.

73.     Plaintiffs are entitled to equitable restitution and quasi contractual recovery in connection with the funds generated and benefits misappropriated by Defendants in an amount subject to proof at trial.  Defendants have received gains, revenues, benefits, profits and valuable from the misappropriation of the Motion Pictures, which equity should not permit to go uncompensated.

74.     Defendants' misappropriation and misuse was done with malice, fraud, and oppression, and thus exemplary punitive damages should be awarded to be proved at trial.

### EIGHTH CAUSE OF ACTION

### (Breach of the Implied Covenant of Good Faith and Fair Dealing - Against
### Defendants BRITT and MERCENARY)

75.     Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 74, inclusive, and incorporate them herein by this reference.

///

14

76.    The oral agreement between Plaintiffs, on the one hand, and BRITT and MERCENARY, on the other hand, contained an implied covenant of good faith and fair dealing which is binding upon the parties thereto and enforceable by any of them. The actions which are set forth above constitute a breach of the implied covenant.

77.    By virtue of BRITT and MERCENARY's breach of the implied covenant of good faith and fair dealing contained within the agreement, Plaintiffs have been damaged in an amount subject to proof at trial.

## NINTH CAUSE OF ACTION

### (Breach of Fiduciary Duty - Against Defendants BRITT and MERCENARY)

78.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 77, inclusive, and incorporate them herein by this reference.

79.    By virtue of entering into the License, BRITT and MERCENARY acted as agents and were trustees to Plaintiffs and were bound to act in the highest good faith toward Plaintiffs and account to Plaintiffs for all money due to pursuant to the License.  As a result of the relationship and duties flowing from the relationship, BRITT and MERCENARY assumed the status of fiduciary to Plaintiffs.  (See Leff v. Gunther (1983) 33 Cal.3d 508, 514-518, 189 Cal.Rptr. 377.)

80.    By engaging in the conduct described above, BRITT and MERCENARY breached their fiduciary duties toward Plaintiffs.

81.    As a direct and proximate result of BRITT's and MERCENARY's breaches as described above, Plaintiffs have suffered monetary damages in an amount subject to proof at trial.

82.    In breaching their duties as fiduciaries, BRITT and MERCENARY acted willfully, fraudulently, maliciously and with conscious disregard of Plaintiffs' rights.  Accordingly, Plaintiffs are entitled to an award of exemplary damages.

///

///

///

15

### TENTH CAUSE OF ACTION

### (Negligence - Against All Defendants)

83.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 82, inclusive, and incorporate them herein by this reference.

84.    By virtue of the facts alleged herein, Defendants and each of them voluntarily assumed duties to Plaintiffs to exercise due care in their dealings with Plaintiffs, particularly, to act in a manner reasonably calculated to not harm Plaintiffs' economic and ownership interests in the Motion Pictures.

85.    Defendants negligently violated said duties by the acts alleged above.

86.    As a direct and legal result thereof, Plaintiffs have suffered and Plaintiffs are entitled to recover economic and non-economic damages arising from said negligence as hereinabove alleged, in an amount subject to proof at trial.

### ELEVENTH CAUSE OF ACTION

### (Fraud - Against Defendants BRITT and MERCENARY)

87.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 86, inclusive, and incorporate them herein by this reference.

88.    BRITT and MERCENARY intentionally represented to Plaintiffs, on an almost daily basis between July 2003 and April 2004, that BRITT and MERCENARY would pay to Plaintiffs 75% of the net revenues received from the exploitation of the Motion Pictures pursuant to the License, and that BRITT and MERCENARY would not distribute and sell the Motion Pictures via the internet.  Said representations were made by BRITT, personally and on behalf of MERCENARY, to FAULKNER via telephonic conversations initiated by BRITT, who was making the calls from Los Angeles to FAULKNER, who was receiving the phone calls in Las Vegas.  Said representations were also made by BRITT to FAULKNER in person on occasions between July 2003 and April 2004 when BRITT would come to Las Vegas to visit FAULKNER and when FAULKNER would come to Los Angeles to visit BRITT. Plaintiffs are informed and believe that in truth Defendants had no such intentions.

///

16

89.    BRITT and MERCENARY's representations were false, and knowingly false. In truth and in fact, BRITT and MERCENARY had no intentions of paying Plaintiffs the money due pursuant to the license or to refrain from distributing and selling the Motion Pictures via the internet.  The representations of BRITT and MERCENARY were made with the intent to defraud and deceive Plaintiffs and to induce them to act in the manner herein alleged.

90.    Plaintiffs reasonably and justifiable relied on BRITT and MERCENARY's representations in licensing the Motion Pictures to BRITT and MERCENARY; FAULKNER moved to Los Angeles in April 2004, entered into the License, created the Motion Pictures and delivered them to BRITT and MERCENARY.

91.    As a direct and proximate result of BRITT and MERCENARY's fraud and deceit, Plaintiffs have been damaged in an amount subject to proof at trial, but including net revenues due to Plaintiffs under the License..

92.    In such conduct, BRITT and MERCENARY acted in a willful, wanton and malicious manner, in callous, conscious and intentional disregard for Plaintiffs' interests, and with knowledge that such conduct would injure Plaintiffs.  As a result of such conduct, Plaintiffs are entitled to recover punitive and exemplary damages in an amount according to proof at trial.

## TWELFTH CAUSE OF ACTION

### (Constructive Fraud - Against Defendants BRITT and MERCENARY)

93.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 92, inclusive, and incorporate them herein by this reference.

94.    BRITT and MERCENARY intentionally represented to Plaintiffs, on an almost daily basis between July 2003 and April 2004, that BRITT and MERCENARY would pay to Plaintiffs 75% of the net revenues received from the exploitation of the Motion Pictures pursuant to the License, and that BRITT and MERCENARY would not distribute and sell the Motion Pictures via the internet.  Said representations were made by BRITT, personally and on behalf of MERCENARY, to FAULKNER via telephonic conversations initiated by BRITT, who was making the calls from  Los Angeles to FAULKNER, who was receiving the phone

1   calls in Las Vegas.  Said representations were also made by BRITT to FAULKNER in person

2   on occasions between July 2003 and April 2004 when BRITT would come to Las Vegas to

3   visit FAULKNER and when FAULKNER would come to Los Angeles to visit BRITT.  Plaintiffs

4   are informed and believe that BRITT and MERCENARY concealed from Plaintiffs that BRITT

5   and MERCENARY had no such intentions, and in doing so violated their duties to Plaintiffs

6   arising from the confidential relationship between them.

7        95.   Such misleadings and concealments, in the context of said confidential

8   relationship, gained Defendants an unfair advantage to the prejudice of Plaintiffs and

9   constitutes constructive fraud.

10        96.   Plaintiffs have relied to their detriment upon BRITT and MERCENARY's

11   breaches of duty in constructive fraud in connection with the matters that are the subject of

12   this action.

13        97.   Plaintiffs were unaware until recently of BRITT and MERCENARY's acts as

14   aforesaid.   Prior to that time, Plaintiffs neither knew nor should have known through the

15   exercise of reasonable diligence of BRITT and MERCENARY's conduct.

16        98.   As a direct and proximate cause of the foregoing subversion and nondisclosure

17   of material facts, Plaintiffs have suffered monetary damages in an amount subject to proof at

18   trial, but including net revenues due to Plaintiffs under the License.

19        99.   In committing the acts alleged, BRITT and MERCENARY acted with full

20   knowledge of, and with reckless disregard for, the consequences and damages being caused

21   to Plaintiffs, and BRITT and MERCENARY's conduct was willful, oppressive and malicious,

22   such as to entitle Plaintiffs to an award of punitive damages in any amount to punish BRITT

23   and MERCENARY and serve as an example to others similarly situated.

24                      **THIRTEENTH CAUSE OF ACTION**

25     **(Negligent Misrepresentation- Against Defendants BRITT and MERCENARY)**

26        100.   Plaintiffs reallege each and every allegation set forth in paragraphs 1 through

27   99, inclusive, and incorporate them herein by this reference.

28   ///

**COMPLAINT FOR INJUNCTION AND DAMAGES**

101.   BRITT and MERCENARY intentionally represented to Plaintiffs, on an almost daily basis between July 2003 and April 2004, that BRITT and MERCENARY would pay to Plaintiffs 75% of the net revenues received from the exploitation of the Motion Pictures pursuant to the License, and that BRITT and MERCENARY would not distribute and sell the Motion Pictures via the internet.  Said representations were made by BRITT, personally and on behalf of MERCENARY, to FAULKNER via telephonic conversations initiated by BRITT, who was making the calls from  Los Angeles to FAULKNER, who was receiving the phone calls in Las Vegas.  Said representations were also made by BRITT to FAULKNER in person on occasions between July 2003 and April 2004 when BRITT would come to Las Vegas to visit FAULKNER and when FAULKNER would come to Los Angeles to visit BRITT. Plaintiffs are informed and believe that in truth Defendants had no such intentions.

102.   BRITT and MERCENARY's representations were false, and knowingly false. In truth and in fact, BRITT and MERCENARY had no intentions of refraining from selling the Motion Pictures on the internet via the World Wide Web or to pay Plaintiffs all monies due pursuant to the License.  BRITT and MERCENARY's representations were made without regard for their impact on Plaintiffs and effectively induced Plaintiffs to act in the manner herein alleged.

103.   Plaintiffs relied on BRITT and MERCENARY's representations in turning over the Motion Pictures to BRITT and MERCENARY and entering into the License without investigating to what secret and unlawful use Defendants were making of the Motion Pictures.

104.   As a direct and proximate result of BRITT and MERCENARY's representations, Plaintiffs have suffered monetary damages in an amount subject to proof at trial.

## FOURTEENTH CAUSE OF ACTION

### (Constructive Trust - Against All Defendants)

105.   Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 104, inclusive, and incorporate them herein by this reference.

106.   As set forth above, Defendants have misappropriated and improperly sold the Motion Pictures in violation of Plaintiffs' copyrights and the License.  In so doing, each and

19

1  every Defendant named in this claim for relief has obtained gains, revenues, benefits, profits,

2  and other financial gains improperly derived from the misappropriation of Motion Pictures.

3       107.   Plaintiffs seek imposition of a constructive trust requiring each and every

4  Defendant named in this claim for relief to hold and account for all income, revenue, or

5  financial gains of any kind received from the sale of the Motion Pictures.  Said constructive

6  trust shall remain in place until an accounting and this litigation are completed.

7                              **PRAYER FOR RELIEF**

8       WHEREFORE,   Plaintiffs,   TANYA   FAULKNER,   an   individual,   and   VBX

9  PRODUCTIONS, INC., a Nevada Corporation, pray for judgment against Defendants, and

10  each of them, as follows:

11       1.     For general and special compensatory damages in a sum to be proved;

12       2.     For actual damages resulting from Defendants' copyright infringement;

13       3.     For statutory damages under the Copyright Act;

14       4.     For enhanced statutory damages of up to $150,000 per infringement under the

15              Copyright Act;

16       5.     For Plaintiffs' attorneys' fees under the Copyright Act;

17       6.     For temporary, preliminary and permanent injunctions enjoining Defendants and

18              their officers, agents, servants, employees and affiliates, as well as all others in

19              active concert or participation with Defendants, from infringing FAULKNER's

20              exclusive rights in the copyrights to the Motion Pictures;

21       7.     That the Court grant Plaintiffs restitution from Defendants by disgorgement of

22              all profits earned through unlawful sales of unauthorized and infringing goods;

23       8.     For punitive and exemplary damages in an amount according to proof at trial;

24       9.     For temporary, preliminary and permanent injunctions preventing Defendants

25              from continuing to engage in unfair, deceptive, and fraudulent business acts and

26              practices, in violation of the provisions of California Business and Professions

27              Code § 17200 et seq.;

28  ///

**COMPLAINT FOR INJUNCTION AND DAMAGES**

10.   For a judicial declaration that Defendants have engaged in unfair competition including unlawful, unfair, deceptive and fraudulent business acts and practices, in violation of California Business and Professions Code § 17200 et seq.;

11.   For a judicial declaration that FAULKNER is the sole owner of the copyrights in the Motion Pictures, and that BRITT is not the owner, co-owner, or joint author of the Motion Pictures in the United States and that BRITT is barred from so contending;

12.   For costs and attorneys' fees as otherwise may be authorized by law;

13.   For interest provided by law;

14.   For imposition of a constructive trust requiring each and every Defendant named in this claim for relief to hold and account for all income, revenue, or financial gains of any kind received from the public display, public performance, distribution and sale of the Motion Pictures;

15.   For such other and further relief against Defendants as the Court may deem just and proper.

Dated: May ___ 2008          By: _____
                                  Craig L. Chisvin, Attorney for Plaintiffs
                                  LAW OFFICES OF FATTOROSI & CHISVIN
                                  6300 Canoga Avenue, Suite 550
                                  Woodland Hills, California 91367
                                  fclawyers@hotmail.com
                                  Telephone No.: 818-881-8500

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial pursuant to F.R.Civ.P. 38(b) and Local Central District Rule 38-1.

Dated: May ___ 2008          LAW OFFICES OF FATTOROSI & CHISVIN

                             By: _____
                                  Craig L. Chisvin, Attorney for Plaintiffs,
                                  TANYA FAULKNER, an individual, and VBX
                                  PRODUCTIONS, INC., a Nevada
                                  Corporation

21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-380-631**

EFFECTIVE DATE OF REGISTRATION

8 - 30 - 06

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
Black Reign : V. 2.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

**2**
**a**
**NAME OF AUTHOR ▼**
Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1974   N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Directed and filmed the motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month April Day 29 Year 2004
U.S.A. Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tanya Faulkner
9775 Maryland Park Way, Apt. #F-130
Las Vegas, NV 89123

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG 3 0 2006

ONE DEPOSIT RECEIVED May 7, 2007
AUG 3 0 2006   DVD /D

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ✓ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Michael W. Fattorosi, Esq.; Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd., Ste. 370
Encino, CA 91316

**b**

Area code and daytime telephone number   ( 818 ) 881-8500        Fax number   ( 818 ) 881-9008
Email

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tanya Faulkner
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael W. Fattorosi                                    Date  8/17/2006

☞ Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael W. Fattorosi, Esq.; Law Offices of Fattorosi & Chisvin | YOU MUST • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 6345 Balboa Blvd., Ste. 370 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ Encino, CA 91316 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "B"**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–343–729**

EFFECTIVE DATE OF REGISTRATION

Aug 30, 2006

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Black Reign  V 3

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2**

**a**  NAME OF AUTHOR ▼

Tanya Faulkner whose pseudonym is Domina X

DATES OF BIRTH AND DEATH
Year Born ▼ 1974    Year Died ▼ N/A

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  U S A
      Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☑ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Directed and filmed the motion picture

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instruct ons) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
      Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
      Domiciled in

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given Year in all cases.
2004

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month July  Day 29  Year 2004
ONLY if this work has been published.
U.S.A.                                    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tanya Faulkner
9775 Maryland Park Way  Apt  #F 130
Las Vegas, NV 89123

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
AUG 30 2006

ONE DEPOSIT RECEIVED
AUG 3 0 2006  DVD(8)

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                  See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY DBC | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☑ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ PA 1-290-110   **Year of Registration** ▼ 2005

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼      **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Michael W Fattorosi, Esq , Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd  Ste 370
Encino, CA 91316

**b**

Area code and daytime telephone number ( 818 ) 881-8500      Fax number ( 818 ) 881-9008
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Tanya Faulkner**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Michael W Fattorosi      Date 8/17/2006

Handwritten signature (X) ▼

☞   x

| Certificate will be mailed in window envelope to this address | **Name** ▼ Michael W Fattorosi  Esq,, Law Offices of Fattorosi & Chisvin |
|---|---|
| | **Number/Street/Apt** ▼ 6345 Balboa Blvd., Ste 370 |
| | **City/State/Zip** ▼ Encino  CA 91316 |

**9**

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Form PA  Full  Rev 07/2006  Print 07/2006 — xx,000  Printed on recycled paper      U.S. Government Printing Office 2006-xxx-xxx/60,xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "C"**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-343-731**

EFFECTIVE DATE OF REGISTRATION

Aug 31, 2006

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Black Reign  V 4

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

---

## 2

**a** **NAME OF AUTHOR ▼**
Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼  1974    Year Died ▼  N/A

Was this contribution to the work a work made for hire ?
☐ Yes
☑ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of  U S A
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No    If the answer to either of these questions is Yes  see detailed instructions
Pseudonymous?  ☑ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Directed and filmed the motion picture

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is Yes  see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is Yes  see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October  Day 5  Year 2004
U.S.A.    Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tanya Faulkner
9775 Maryland Park Way  Apt  #F 130
Las Vegas, NV 89123

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
AUG 3 1 2006
ONE DEPOSIT RECEIVED
AUG 3 1 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B or C
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☑ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give **Previous Registration Number ▼** PA 1 290-109    **Year of Registration ▼** 2005

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
**a** Name ▼    Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / Zip ▼
Michael W Fattorosi Esq Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd Ste 370
Encino CA 91316

Area code and daytime telephone number ( 818 ) 881 8500    Fax number ( 818 ) 881 9008
Email

**8** **CERTIFICATION** I the undersigned hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ☐ owner of exclusive right(s)
☑ authorized agent of **Tanya Faulkner**
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Michael W Fattorosi    Date 8/17/2006

Handwritten signature (X) ▼
x

**9** Certificate will be mailed in window envelope to this address

Name ▼
Michael W Fattorosi Esq Law Offices of Fattorosi & Chisvin
Number/Street/Apt ▼
6345 Balboa Blvd Ste 370
City/State/Zip ▼
Encino CA 91316

Complete all necessary spaces
Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form PA Full Rev 07/2006 Print 07/2006 — xx,000 Printed on recycled paper    US Government Printing Office 2006- xx xx/60 xx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "D"**



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–344–602**

*PAY00013446925*

EFFECTIVE DATE OF REGISTRATION

8       30      2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Superwhores : V. 3.

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

---

**2**

**a**

NAME OF AUTHOR ▼
Tanya Faulkner whose pseudonym is Domina X

DATES OF BIRTH AND DEATH
Year Born ▼ 1974      Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  U.S.A.
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Directed and filmed the motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004
This information must be given Year in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month November   Day 8   Year 2004
U.S.A.
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tanya Faulkner
9775 Maryland Park Way, Apt. #F-130
Las Vegas, NV 89123

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG 3 0 2006
ONE DEPOSIT RECEIVED
AUG 3 0 2006
TWO DEPOSITS RECEIVED

DVD/D

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY _*(signature)*_ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☑ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ PA-1-290-111    **Year of Registration** ▼ 2005

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6** **a**

See instructions
before completing
this space.

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                           **Account Number** ▼

**7** **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Michael W. Fattorosi, Esq.; Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd., Ste. 370
Encino, CA 91316

**b**

Area code and daytime telephone number  ( 818 ) 881-8500          Fax number  ( 818 ) 881-9008
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tanya Faulkner

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael W. Fattorosi                                    Date  8/17/2006

Handwritten signature (X) ▼

x _*(signature)*_

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Michael W. Fattorosi, Esq.; Law Offices of Fattorosi & Chisvin |
|---|---|
| | **Number/Street/Apt** ▼<br>6345 Balboa Blvd., Ste. 370 |
| | **City/State/Zip** ▼<br>Encino, CA 91316 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**\*17 USC §506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form PA – Full  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper                                    U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "E"**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-343-800**

EFFECTIVE DATE OF REGISTRATION

*Aug 30, 2006*

Month                Day                Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**

Superwhores  V 6

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

---

**2**

**a** **NAME OF AUTHOR ▼**

Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1974        N/A

Was this contribution to the work a
work made for hire ?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {  Citizen of ___U S A___
       Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
If the answer to either
of these questions is
Yes  see detailed
instructions
Anonymous?        ☐ Yes ☑ No
Pseudonymous?   ☑ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Directed  filmed  and edited the motion picture

**NOTE**

Under the law
the author of
a work made
for hire  is
generally the
employer  not
the employee
(see instruc-
tions)  For any
part of this
work that was
made for hire
check  Yes  in
the space
provided  give
the employer
(or other
person for
whom the work
was prepared)
as  Author  of
that part and
leave the
space for dates
of birth and
death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a
work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {  Citizen of ___
       Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
If the answer to either
of these questions is
Yes  see detailed
instructions
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a
work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {  Citizen of ___
       Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
If the answer to either
of these questions is
Yes  see detailed
instructions
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED** This information
2005              must be given
                  Year  in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month  January  Day  19  Year  2006
ONLY if this work
has been published                            U.S.A.                          Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2 ▼

Tanya Faulkner
9775 Maryland Park Way  Apt  #F 130
Las Vegas, NV 89123

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions
before completing
this space

APPLICATION RECEIVED
AUG 30 2006
ONE DEPOSIT RECEIVED
AUG 3 0 2006
TWO DEPOSITS RECEIVED

DVD 1 D

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                       See detailed instructions            Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY ___ DBC ___            FORM PA

CHECKED BY

☐ CORRESPONDENCE            FOR
  Yes                      COPYRIGHT
                            OFFICE
                             USE
                             ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☐ Yes  ☑ No  If your answer is 'Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B  or C
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation    **6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼                                **a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼    **b**

*See instructions before completing this space*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account    **7**
Name ▼                              Account Number ▼                                                                                **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼    **b**
Michael W Fattorosi  Esq  Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd  Ste 370
Encino  CA 91316

Area code and daytime telephone number    ( 818  )  881-8500        Fax number     ( 818  )  881 9008
Email

**CERTIFICATION**   I the undersigned  hereby certify that I am the    **8**
                          ☐ author
Check only one  ▶        ☐ other copyright claimant
                          ☐ owner of exclusive right(s)
                          ☑ authorized agent of  **Tanya Faulkner**
                                    Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Michael W Fattorosi                                    Date  8/17/2006

Handwritten signature (X) ▼

☞    x _____

**Certificate**   Name ▼                                                         **9**
**will be**   Michael W Fattorosi  Esq  Law Offices of Fattorosi & Chisvin
**mailed in**
**window**    Number/Street/Apt ▼
**envelope**   6345 Balboa Blvd  Ste 370
**to this**
**address**   City/State/Zip ▼
              Encino  CA 91316

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington  DC 20559-6000

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Form PA   Full   Rev 07/2006   Print 07/2006 --   000  Printed on recycled paper                                US G  vernment Printing Office  2006-xxx-xxx /60 xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "F"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES CODE

**PA 1-392-130**

PAU

EFFECTIVE DATE OF REGISTRATION

Month **5**   Day **7**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Ebony XXX  V 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**
Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1974    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of __USA__
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☑ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2005 Year in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month October   Day 6   Year 2005
U.S.A.   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tanya Faulkner
9775 Maryland Park Way, Apt #F-130
Las Vegas, NV 89123

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAY 07 2007

ONE DEPOSIT RECEIVED
MAY 07 2007

TWO DEPOSITS RECEIVED   DVD/D

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY   *N/A* | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  **Previous Registration Number ▼**            **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name ▼**            **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / Zip ▼

Michael W  Fattorosi , Esq , Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd , Ste  370
Encino, CA 91316

**b**

Area code and daytime telephone number  ( 818  )  881-8500        Fax number  ( 818  )  881-9008

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Tanya Faulkner**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Michael W  Fattorosi                                **Date** 5/02/2007

Handwritten signature (X) ▼

x

**Certificate will be mailed in window envelope to this address**

**Name ▼**
Michael W  Fattorosi, Esq , Law Offices of Fattorosi & Chisvin

**Number/Street/Apt ▼**
6345 Balboa Blvd , Ste  370

**City/State/Zip ▼**
Encino, CA 91316

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559 6000

**9**

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form PA – Full   Rev 07/2006   Print 07/2006 — xx 000   Printed on recycled paper                    U S Government Printing Office 2006-xxx xxx/60 xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "G"**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-343-730**

EFFECTIVE DATE OF REGISTRATION

Aug 31, 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Ebony XXX  V 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**
Motion Picture

---

**2**

**a**  **NAME OF AUTHOR ▼**
Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1974          N/A

Was this contribution to the work a work made for hire ?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Directed, filmed  and edited the motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2005  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month November   Day 20   Year 2005
U.S.A.   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tanya Faulkner
9775 Maryland Park Way  Apt #F 130
Las Vegas, NV 89123

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 31 2006
ONE DEPOSIT RECEIVED
AUG 31 2006   DVD 1/1
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

See instructions before completing this space

| EXAMINED BY DB | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B  or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a 6**

See instructions before completing this space

**Material Added to This Work**  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                         Account Number ▼

**a 7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / Zip ▼

Michael W  Fattorosi  Esq   Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd   Ste  370
Encino  CA 91316

**b**

Area code and daytime telephone number    ( 818  ) 881 8500                 Fax number    ( 818  ) 881 9008

Email

**CERTIFICATION**  I  the undersigned  hereby certify that I am the
                              Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tanya Faulkner
                                                 Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Michael W  Fattorosi                                         Date  8/17/2006

Handwritten signature (X) ▼

x

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ Michael W  Fattorosi  Esq   Law Offices of Fattorosi & Chisvin |
| | Number/Street/Apt ▼ 6345 Balboa Blvd  Ste 370 |
| | City/State/Zip ▼ Encino  CA 91316 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington  DC 20559-6000

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form PA   Full   Rev 07/2006   P int 07/2006 — xx 000   Printed on recycled paper                                         U.S. Government Printing Office 2006-xxx  xx/50 xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "H"**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-343-732

EFFECTIVE DATE OF REGISTRATION

Aug 30, 2006

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**

Ebony XXX  V 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

---

**2**

**a**

**NAME OF AUTHOR ▼**
Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1974      N/A

Was this contribution to the work a work made for hire ?
☐ Yes
☑ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  U S A
{ Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Directed, filmed  and edited the motion picture

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
{ Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
{ Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2006

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month May   Day 10   Year 2006
U.S.A.    Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tanya Faulkner
9775 Maryland Park Way  Apt #F 130
Las Vegas, NV 89123

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 3 0 2006
ONE DEPOSIT RECEIVED
AUG 3 0 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY **DB** | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B  or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  **Previous Registration Number** ▼          **Year of Registration** ▼

**6**  **a**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

**b**

**Material Added to This Work**  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**7**  **a**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
**Name** ▼                                        **Account Number** ▼

**b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip▼
Michael W  Fattorosi  Esq   Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd   Ste  370
Encino  CA 91316

Area code and daytime telephone number      ( 818   ) 881 8500                Fax number      ( 818   ) 881 9008
Email

**8**

**CERTIFICATION**  I  the undersigned  hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **Tanya Faulkner**
                                          Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Check only one ▶

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Michael W  Fattorosi                                                          Date  8/17/2006

Handwritten signature (X) ▼
x

**9**

| Certificate will be mailed in window envelope to this address | **Name** ▼ Michael W  Fattorosi  Esq   Law Offices of Fattorosi & Chisvin | Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ 6345 Balboa Blvd   Ste  370 | 1 Application form 2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | **City/State/Zip** ▼ Encino  CA 91316 | Library of Congress Copyright Office 101 Independence Avenue SE Washington DC 20559-6000 |

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Form PA  Full  Rev 07/2006  Print 07/2006 — xx 000  Printed on recycled paper                                                    U.S. Government Printing Office 2006-xxx  xx/60 xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "I"**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–377–183


*#P400013771034*

EFFECTIVE DATE OF REGISTRATION

MAY 15, 2005

Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Climaxxx TV : V. 1.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

**2**

**a** **NAME OF AUTHOR ▼**
Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1974   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month March   Day 21   Year 2006
U.S.A.   Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tanya Faulkner
9775 Maryland Park Way, Apt. #F-130
Las Vegas, NV 89123

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 1 5 2007
ONE DEPOSIT RECEIVED
MAY 1 5 2007   DVD U
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

<table>
<tr><td>EXAMINED BY</td><td>DMC</td><td>FORM PA</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
<tr><td>☐ CORRESPONDENCE<br>Yes</td><td></td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/Zip▼

Michael W. Fattorosi, Esq.; Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd., Ste. 370
Encino, CA 91316

**b**

Area code and daytime telephone number   ( 818 )  881-8500          Fax number   ( 818 )  881-9008

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Tanya Faulkner

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael W. Fattorosi                                   Date   5/02/2007

Handwritten signature (X) ▼

X

**CERTIFICATE**
Certificate will be mailed in window envelope to this address:

Name ▼
Michael W. Fattorosi, Esq.; Law Offices of Fattorosi & Chisvin

Number/Street/Apt ▼
6345 Balboa Blvd., Ste. 370

City/State/Zip ▼
Encino, CA 91316

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full   Rev 07/2006   Print 07/2006 — xx,000   Printed on recycled paper                                   U.S. Government Printing Office 2006-xxx-xxx/60 xxx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "J"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-343-734**

EFFECTIVE DATE OF REGISTRATION

Aug 30, 2006

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1
**TITLE OF THIS WORK ▼**

Climaxxx TV  V 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

## 2

**a**  **NAME OF AUTHOR ▼**

Tanya Faulkner whose pseudonym is Domina X

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1974          N/A

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  U S A
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Directed and filmed the motion picture

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2006

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month July   Day 28   Year 2006
U.S.A.
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tanya Faulkner
9775 Maryland Park Way  Apt #F 130
Las Vegas, NV 89123

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 3 0 2006
ONE DEPOSIT RECEIVED
AUG 3 0 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | DSC | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B or C

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼       **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip▼

Michael W  Fattorosi  Esq   Law Offices of Fattorosi & Chisvin
6345 Balboa Blvd   Ste  370
Encino  CA  91316

**b**

Area code and daytime telephone number    (  818  )  881 8500       Fax number    (  818  )  881 9008

Email

**CERTIFICATION**   I  the undersigned  hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tanya Faulkner

Check only one ▶ {

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Michael W  Fattorosi       Date   8/17/2006

Handwritten signature (X) ▼

x

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Michael W  Fattorosi  Esq   Law Offices of Fattorosi & Chisvin | Complete all necessary spaces<br>Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>6345 Balboa Blvd   Ste  370 | 1  Application form<br>2  Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3  Deposit material |
| | City/State/Zip ▼<br>Encino  CA  91316 | Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington DC 20559-6000 |

**9**

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form PA  Full  Rev 07/2006  Print  07/2006 —  000  Printed on  recycled paper       U.S. Government Printing Office  2006- xx   /50