NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert L. Esensten, Esq. (SBN 65728)
  resensten@wcclaw.com
5567 Reseda Boulevard, Suite 330
Tarzana, CA  91356
Telephone:  (818) 705-6800
Facsimile:  (818) 345-0162

ATTORNEYS FOR:  Defs.  Clifton Britt, Jr. & Mercenary Pictures, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAULKNER, an individual, and VBX PRODUCTIONS, INC., a Nevada Corporation, <br><br> Plaintiff(s), <br> v. <br><br> CLIFTON BRITT, JR., an individual, MERCENARY PICTURES, INC., a Suspended California Corporation, HVL CYBERWEB SOLUTIONS, INC., a Canadian Corporation, and <br> Defendant(s) | CASE NUMBER <br><br> 2:08-cv-03546 JFW-FMO <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Mercenary Pictures, Inc., a California Corporation
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| MERCENARY PICTURES, INC., a California Corporation | Defendant |
| CLIFTON BRITT, JR., an individual | Defendant |
| ROBERT L. ESENSTEN, Esq. | Attorney for Defendants Mercenary Pictures, Inc. & Clifton Britt, Jr. |
| KATHRYN S. MARSHALL, Esq. | Attorney for Defendants Mercenary Pictures, Inc. & Clifton Britt, Jr. |
| HVL CYBERWEB SOLUTIONS, INC., a Canadian Corporation | Defendant |
| TANYA FAULKNER | Plaintiff |
| VBX PRODUCTIONS, INC., a Nevada Corporation | Plaintiff |
| MICHAEL W. FATTOROSI, Esq. | Attorney for Plaintiffs Tanya Faulkner and VBX Productions. Inc. |
| CRAIG L. CHISVIN, Esq. | Attorney for Plaintiffs Tanya Faulkner and VBX Productions. Inc. |

_8-13-08_
Date

Sign

ROBERT L. ESENSTEN,
Attorney of record for or party appearing in pro per

**PROOF OF SERVICE**

**TANYA FAULKNER, et al. v. CLIFTON BRITT, JR., et al.**

**CASE NO. CV08-03546 JFW (FMOx)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 5567 Reseda Boulevard, Suite 330, Tarzana, California 91356. I am over the age of eighteen years and am not a party to the within action;

     On August 13, 2008, I served the following document(s) entitled **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Tarzana, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on August 13, 2008, at Tarzana, California.

Colleen Pinoski

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

867014.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

**TANYA FAULKNER, et al. v. CLIFTON BRITT, JR., et al.**
**CASE NO. CV08-03546 JFW (FMOx)**

Michael W. Fattorosi, Esq.
Craig L. Chisvin, Esq.
LAW OFFICES OF CHISVIN &
FATTOROSI
6300 Canoga Avenue, Ste. 550
Woodland Hills, CA 91367
Telephone No.:  (818) 881-8500
Facsimile No.:  (818) 881-9008

Attorneys for Plaintiffs. TANYA
FAULKNER, an individual, and VBX
PRODUCTIONS, INC., a Nevada
Corporation

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

867014.1

2

PROOF OF SERVICE