JS-6

Note changes by Court

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TANYA FAULKNER, an individual, and VBX PRODUCTIONS, INC., a Nevada Corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CLIFTON BRITT, JR., an individual, MERCENARY PICTURES, INC., a Suspended California Corporation, HVL CYBERWEB SOLUTIONS, INC., a Canadian Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV08-03546 JFW (FMOx)<br><br>(Assigned to JUDGE JOHN F. WALTER)<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

The action, entitled *Tanya Faulkner, et al., v Clifton Britt, Jr., et al.*, Case No. CV08-03546 JFW (FMOx) is hereby dismissed with prejudice.  Each party shall bear their own attorneys' fees, expenses and costs.

IT IS SO ORDERED :

DATED: March 6. 2009

_____
Honorable John F. Walter

---

3
STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANTS
CLIFTON BRITT, JR., MERCENARY PICTURES, INC., AND HVL CYBERWEB
SOLUTIONS, INC. PURSUANT TO FED. R. CIV. P. 41