UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Tanya Faulkner and VBX Productions, Inc., | ) ) | Case No. **CV 08-3546-JFW (FMOx)** |
| Plaintiffs, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| Clifton T. Britt, Jr., Mercenary Pictures, Inc., and CyberWeb Solutions, Inc., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

WHEREAS on November 9, 2009, the Honorable Lawrence W. Crispo (Ret.) Issued a Final Award Re Arbitration and Award for Attorney's Fees and Costs,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

Defendants Clifton Britt, Jr. and Mercenary Pictures, Inc. shall have judgment against Plaintiffs Tanya Faulkner and VBX Productions, Inc. in the amount of $27,622.55, together with interest thereon at the rate of ten percent (10%) per year from October 27, 2009.

1          The Clerk is ordered to enter this Judgment.

2

3    Dated: March 5, 2010

4                                           JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28